UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RACHEL SMITH AND JASON SMITH,

    Plaintiffs,

vs.

NATIONWIDE COLLECTION AGENCIES INC., d/b/a MONEY RECOVERY NATIONWIDE, SHERMAN ACQUISITION GROUP, L.L.C., ENTERPRISE SYSTEMS, INC. d/b/a NATIONAL ENTERPRISE SYSTEMS and LOWE'S HOME CENTERS, INC.

    Defendants.

Case No:    1:07-cv-0328
HON:  WENDELL A. MILES

*Stipulated Order for Dismissal of Lowe's Home Centers, Inc., ONLY*

_____/

| | |
|---|---|
| **ADAM S. ALEXANDER (P53584)**<br>The Alexander Firm<br>Attorney for Plaintiffs<br>500 S. Washington Avenue, Suite 5<br>Royal Oak, MI 48067<br>(248) 246-6353 / 246-6355<br>adalesq@gmail.com | **MICHAEL J. HUTCHINSON (P28112)**<br>**TARA S. CANNATELLA (P67532)**<br>Attorneys for Def Lowe's Home Center<br>1001 Woodward Ave., Suite 1760<br>Detroit, MI  48226<br>(313) 963-1860/Fax: 963-9065<br>tcannatella@mhutchlaw.com |
| **DARRELL R. BANKS (P40379)**<br>Darrell R. Banks and Associates, PC<br>Attorney for Def Nationwide Collection Agencies d/b/a Money Recovery<br>617 S. Capitol Ave,<br>Lansing, MI 48933<br>(517) 371-2720<br>drbanks@acd.net | **BOYD W. GENTRY (OH 0071057)**<br>**JEFFREY C. TURNER (OH 0063154)**<br>Surduyk Dowd & Turner Co, LPA<br>Attorneys for Def Enterprise Systems, Inc. d/b/a National Enterprise Systems<br>1610 Kettering Tower<br>40 N. Main St.<br>Dayton, OH 45423<br>(937) 222-2333 / Fax: 222-1970<br>bgentry@sdtlawyers.com<br>jturner@sdtlawyers.com |

_____/

HUTCHINSON & ASSOCIATES, PC     1001 WOODWARD, SUITE 1760 ☐ DETROIT MICHIGAN 48226 ☐ (313) 963-1860

## STIPULATED ORDER FOR DISMISSAL OF LOWE'S HOME CENTERS, INC., ONLY

At a session of said Court, held in the United States District Court, Western District of Michigan, Southern Division, on: __February 8, 2008__

PRESENT: THE HON: __WENDELL A. MILES__
U.S. DISTRICT COURT JUDGE

Upon the Stipulation of the parties and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff's Complaint against Lowe's Home Centers, Inc., be and the same is hereby dismissed with prejudice and without costs.

**THIS ORDER DOES NOT RESOLVE ALL PENDING CLAIMS AND DOES NOT CLOSE THE CASE.**

/s/ Wendell A. Miles
U.S. DISTRICT COURT JUDGE

Approved as to form and substance:

**/s/ Adam S. Alexander (w/consent)**
**ADAM S. ALEXANDER (P53584)**
Attorney for Plaintiff
500 S. Washington Avenue, Suite 5
Royal Oak, MI 48067
(248) 246-6353 / 246-6355
adalesq@gmail.com

**/s/ Tara S. Cannatella**
**TARA S. CANNATELLA (P67532)**
Attorney for Defendant Lowe's Home Centers, Inc. / GE Money Bank
1001 Woodward Ave., Suite 1760
Detroit, MI 48226
(313) 963-1860/Fax: 963-9065
tcannatella@mhutchlaw.com

Stip Order Dismissal/tsc

- 2

HUTCHINSON & ASSOCIATES, PC   1001 WOODWARD, SUITE 1760 □ DETROIT MICHIGAN 48226 □ (313) 963-1860