UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RACHEL SMITH and
JASON SMITH,

   Plaintiffs,

v.

NATIONWIDE COLLECTION AGENCIES,
INC., d/b/a Money Recovery Nationwide;
NATIONAL ENTERPRISE SYSTEMS,
INC., d/b/a National Enterprise Systems,

   Defendants.
             /

Case No. 1:07-cv-328

Hon. Wendell A. Miles

## ORDER OF DISMISSAL
## OF REMAINING DEFENDANTS, WITH PREJUDICE

  Upon consideration of the parties' Stipulated Order of Dismissal of Remaining Defendants with Prejudice (Docket No. 33) and the court having reviewed the same;

  IT IS HEREBY ORDERED that Plaintiffs' claims against Defendant Nationwide Collection Agencies, Inc., d/b/a Money Recovery Nationwide and National Enterprise Systems, Inc., d/b/a National Enterprise Systems, are dismissed with prejudice and without costs as to all Parties hereto.

Dated: June 16, 2008          /s/ Wendell A. Miles
                      Wendell A. Miles
                      Senior U.S. District Judge